**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ROGER HALL,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-12956

Judge Robert W. Gettleman

Magistrate Judge Keri L. Holleb Hotaling

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | LoveTPH diy CHB |
| 2 | Luminous Designs Art |
| 3 | hui Decorative Painting four |
| 4 | songjingxiaopu |
| 5 | CloudyBlanket |
| 6 | jhaoshop |
| 7 | Aluminum Sign GS |
| 8 | SteelArtPalette |
| 9 | PiFly Shop |
| 10 | Tian mall |
| 11 | StylishStrata |
| 12 | StyleCrafted Shop |
| 13 | Style Life Selection |
| 14 | Poster Customization Fir |
| 15 | YANGDEDE |
| 16 | FWTIYLNI |
| 17 | Tins shop |
| 18 | murui mall |
| 19 | Hanging S |
| 20 | DIYwear |
| 21 | WeaveWonder |
| 22 | Warm little station |
| 23 | Department home shop |

| | |
|---|---|
| 24 | romanrole local |
| 25 | VelvetHug Home |
| 26 | Cozy Haven Blankets |
| 27 | richpluss |
| 28 | hui decorative painting five |
| 29 | A Natalie |
| 30 | Hongyun Clothing Co Ltd |
| 31 | Zhuqiaoqiao |
| 32 | Beacon Cloud A |
| 33 | Dinora local |
| 34 | CustomCozy local |
| 35 | Metinns |
| 36 | Blanketopias |
| 37 | Beacon Cloud B |
| 38 | HolidayHug Blanket |
| 39 | xunlix |
| 40 | Warm Blooms |
| 41 | Colorful Clothing Co |
| 42 | The Blanket Haven |
| 43 | Wildlife Wonders |
| 44 | Keep Warm Yourself |
| 45 | Nap Blanket |
| 46 | LIN OU |
| 47 | July textile |
| 48 | Mingrenfang |
| 49 | SZWKS |
| 50 | Minimal Art |
| 51 | LUCK strong |
| 52 | Color three |
| 53 | Xinran Home Textile Co Ltd |
| 54 | Chuandijiafang |
| 55 | SluckyshopS |
| 56 | JieHomeLive |
| 57 | Style Haven TXH |
| 58 | Luxurious Blanket |
| 59 | JiNeng Home |
| 60 | RMBplus |
| 61 | Blanket Shores |
| 62 | Zuimeng outdoor |

| | |
|---|---|
| 63 | Infinity Kingdom |
| 64 | GiftWarmth Blanket |
| 65 | sunnybeachhomme |
| 66 | Urban Flame |
| 67 | Teen Trend Threads |
| 68 | DODOplus |
| 69 | hao dian pu |
| 70 | boymorena |
| 71 | Aesthetics CYM Decoration |
| 72 | ARCD Mall |
| 73 | StitchWorks |
| 74 | blackcar poster |
| 75 | Fly Artistic |
| 76 | Xiioy |
| 77 | Flora one |
| 78 | CX ART |
| 79 | Veritas honest local |
| 80 | ZAVTIJ |
| 81 | LJYGOGOGO |
| 82 | KaiChengYu Shop |
| 83 | xiaotuC |
| 84 | nr local |
| 85 | Dooke mural |
| 86 | XIAOFENG wall art |
| 87 | SunnyRoute A |
| 88 | LSN Clothes Shop |
| 89 | JEGE HOME ART |
| 90 | JJ oil tiepi |
| 91 | StarDragon Fly LIMITED |
| 92 | Moss canvas painting |
| 93 | FTPKWJIT |
| 94 | TSKA shop |
| 95 | Graceful art wall painting |
| 96 | SV ART |
| 97 | Wall Picture |
| 98 | MM Art Painting Center |
| 99 | Kre Art Wall |
| 100 | BINLI ART |
| 101 | S bj Decorative Painting |

| | |
|---|---|
| 102 | Lazy Tides |
| 103 | xiaotuA |
| 104 | EAFJNI |
| 105 | MKA Shop |
| 106 | GZ Art |
| 107 | EPIFJGGN |
| 108 | PAEFHWR |
| 109 | SunsetBoutique |
| 110 | PyMT DIY SHOP |
| 111 | Senous |
| 112 | Cozy Cove Blankets |
| 113 | Explorer canvas painting |
| 114 | Canvas art painting Z |
| 115 | CityStyle |
| 116 | SPPsreight |
| 117 | FTRWBHUG |
| 118 | Love and sunshine |
| 119 | Xinjiasheng |
| 120 | FFAINELW |
| 121 | Cloth and Stone |
| 122 | H ART |
| 123 | CC Yang wall art |
| 124 | Vintage decorative painting |
| 125 | Bexgo |
| 126 | FYVMNVPY |
| 127 | Harmonious Home Decor |
| 128 | JUDZ Shopping |
| 129 | RETRO ART |
| 130 | The Gilded Lil |
| 131 | Atlantic Textile Factory |
| 132 | Seasilk Choice |
| 133 | Marco the painting dealer |
| 134 | FNART |
| 135 | Pioneerooo |
| 136 | LIO MAO |
| 137 | EJGFNG |
| 138 | HAPPYHOME III |
| 139 | Yourself Art Shop |
| 140 | GOOD PAINTING II |

| | |
|---|---|
| 141 | Freedom one |
| 142 | NH Home Textiles |
| 143 | LIANGJIKJ |
| 144 | yangxiongrG |
| 145 | Ultra Mall local |
| 146 | hkhlld |
| 147 | SunnyNestCove |
| 148 | Attire Feast |
| 149 | xinxinA shirt |
| 150 | YP Canvas Painting Shop |
| 151 | FWWYTHQL |
| 152 | METALES |
| 153 | NB poster |
| 154 | Ahong Canvas Art Boutique |
| 155 | SJGODSJG |
| 156 | G Tin painting |
| 157 | Xi XiaokeZ |
| 158 | Xunyue Home Textiles |
| 159 | lin Decorative Painting four |
| 160 | Euphoria Emporio |
| 161 | Change Our Space Decoration Poster |
| 162 | OWENFH |
| 163 | Wrapzy |
| 164 | POOKER New Wall Art Collection |
| 165 | Izzy Shirt |
| 166 | PAHFGB |
| 167 | The happiness of home |
| 168 | NG Decoration |
| 169 | Mural Mirage Emporium |
| 170 | Chicie |
| 171 | Lincy |
| 172 | Terencess |
| 173 | MISSLUNA |
| 174 | Custom TXH |
| 175 | Brocadecarp |
| 176 | Joyfullo |