## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ROGER HALL,

      Plaintiff,                         Case No.: 1:25-cv-12956

v.                                      Judge Robert W. Gettleman

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Keri L. Holleb Hotaling
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

### PLAINTIFF'S MOTION TO WITHDRAW MEMORANDUM [37]
### AND TO EXTEND TIME TO FILE A RENEWED SUPPLEMENTAL MEMORANDUM
### PURSUANT TO ORDER [36]

Plaintiff, ROGER HALL ("Plaintiff"), respectfully moves the Court to withdraw Plaintiff's supplemental memorandum [37] and request a two-week extension of time, until February 23, 2026, to comply with the Court's Order [36], which directs Plaintiff to file a supplemental memorandum (1) whether the addresses of Defaulting Defendants are known; and (2) if the addresses of Defaulting Defendants are not known, the efforts that Plaintiff undertook to discover Defaulting Defendants' addresses.

For good cause, Plaintiff requires additional time to research and compile information and to complete the analysis necessary to address the Court's inquiry pursuant to Order [36].

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion to withdraw the memorandum [37], and to file the supplemental memorandum pursuant to Order [36] by February 23, 2026.

DATED:  February 9, 2026                          Respectfully submitted,

                                                  */s/ Keith A. Vogt*
                                                  Keith A. Vogt
                                                  FL Bar No. 1036084 | IL Bar No. 6207971
                                                  Keith A. Vogt PLLC
                                                  1820 NE 163rd Street, Ste. 306
                                                  North Miami Beach, Florida 33162
                                                  Telephone: 312-971-6752
                                                  E-mail: keith@vogtip.com

                                                  ***ATTORNEY FOR PLAINTIFF***