**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ROGER HALL,

                Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

                Defendants.

Case No. 1:25-cv-12956

Judge Robert W. Gettleman

Magistrate Judge Keri L. Holleb Hotaling

**PLAINTIFF'S MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE ITS
SUPPLEMENTAL MEMORANDUM ON ADDRESS DILIGENCE**

Plaintiff Roger Hall ("Plaintiff"), by counsel, respectfully moves under Rule 6(b)(1)(A) for a thirty-day extension of time, to and including August 12, 2026, to file the supplemental memorandum required by the Court's Order [36], and in support states:

1. The Court's Order [36] directed Plaintiff to file a supplemental memorandum, not to exceed five pages, addressing (1) whether the addresses of the defendants are known and (2), if not, the efforts Plaintiff undertook to discover them. The current deadline is July 13, 2026 [46].

2. Rule 6(b)(1)(A) permits the Court to extend a deadline for good cause on a motion made before the original time expires, and good cause exists here. Plaintiff has substantially prepared the supplemental memorandum and the supporting declaration. The showing the Order requires, however, is defendant-specific: it rests on a per-defendant verification of each platform-disclosed address through Chinese-language

1

mapping resources and the PRC business registry, conducted in coordination with a research associate in the People's Republic of China.

3. That investigation of the 168 defaulting defendants is underway but requires additional time to complete and to be accurately reflected, defendant by defendant, in the declaration and exhibits that will accompany the memorandum. Plaintiff seeks the requested time so that its submission, and the forthcoming motion for default judgment, are complete and accurate rather than provisional.

4. This request is made in good faith and not for purposes of delay. No defendant has appeared to contest the relief at issue, and no party will be prejudiced by the brief extension requested.

5. Plaintiff respectfully requests that the Court extend the deadline to file its supplemental memorandum to and including August 12, 2026.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and extend the deadline for Plaintiff's supplemental memorandum on address diligence to and including August 12, 2026.

DATED:  July 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 13, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt