**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ROGER HALL,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No. 1:25-cv-12956

Honorable Robert W. Gettleman

Magistrate Judge Keri L. Holleb Hotaling

**PLAINTIFF'S *RENEWED* MOTION FOR ENTRY OF DEFAULT AND DEFAULT
JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN
<u>FIRST AMENDED SCHEDULE A</u>**

Plaintiff, ROGER HALL ("Hall" or "Plaintiff"), respectfully renews his Motion for Entry of Default and Default Judgment under Fed. R. Civ. P. 55 against the Defendants identified in First Amended Schedule A (the "Defaulting Defendants"). Plaintiff renews this motion pursuant to the Court's Order [48], which denied Plaintiff's Motion for Entry of Default and Default Judgment [34] without prejudice, with leave to refile upon a sufficient supporting showing.

As set forth in the accompanying Memorandum of Law, the Declaration of Yanling Jiang and Exhibits A and B thereto, Plaintiff has made a reasonably diligent, defendant-by-defendant showing that the addresses of the Defaulting Defendants are not known within the meaning of Article 1 of the Hague Service Convention under *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co.*, 177 F.4th 793 (7th Cir. 2026), such that service of process by email was proper and entry of default and default judgment is appropriate.

Plaintiff files herewith a Memorandum of Law in support.

1

DATED: July 29, 2026                    Respectfully submitted,

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt
                                        FL Bar No. 1036084 / IL Bar No. 6207971
                                        Keith A. Vogt PLLC
                                        1820 NE 163rd Street, Suite #306
                                        North Miami Beach, Florida 33162
                                        Telephone: 312-971-6752
                                        Email: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.