**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ROGER HALL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-12956

Judge Robert W. Gettleman

Magistrate Judge Keri L. Holleb Hotaling

**<u>DECLARATION OF ROGER HALL</u>**

I, ROGER HALL, declare and state as follows:

1.    This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.    I am the artist that creates the Roger Hall Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.    I am a wildlife illustrator with more than twenty-five years of experience. I am an environmentalist, and I have a great appreciation for the natural world and the wildlife that inhabits it. I hope that my illustrations have helped deepen that appreciation in those with similar outlooks, as well as educating others. I received formal training from a traditional drawing and painting school, as well as a certification in commercial art. I began freelance illustration around 1990 and have worked in that field ever since, specializing in architecture and wildlife subjects. I have worked for many notable organizations such as National Geographic, the Nature Conservancy, and the World Wildlife Fund. My images

1

have appeared in several books and have been featured on television shows and in scientific papers and journals. My portfolio includes over 3,000 images of more than 1,500 different species of flora and fauna.

4.      I am the official source of products associated with the Roger Hall Works (the "Roger Hall Products"):

Home » Posters » Animal Collages (Large)                                              Showing 1–12 of 503 results

☰ Show sidebar                                    Show: 9 / 24 / 36                      Sort by popularity

   

| Lagomorphs of the United States and Canada Poster Print | Upland Game Birds of North America Poster Print | Amphibians of Michigan Poster Print | Sharks of the World Poster Print |
|---|---|---|---|
| $8.99 – $34.99 | $8.99 – $34.99 | $8.99 – $34.99 | $8.99 – $34.99 |

https://inkart.net/product-category/poster/animal-collages-large/?orderby=popularity&shop_view=grid&per_row=4

5.      I am the owner of the copyright registrations for the Roger Hall copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-453-771; VA 2-453-763; VA 2-453-813; VA 2-453-761; VA 2-453-756; VA 2-453-743; VA 2-453-759; VA 2-453-806; VA 2-453-758; VA 2-453-747; VA 2-453-745; and VA 2-454-563 (the "Roger Hall Works").

6.      The success of the Roger Hall Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps.

2

Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Roger Hall Works to consumers in this judicial district and throughout the United States.

7.      I am aware of investigations related to internet-based infringement of the Roger Hall Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Roger Hall Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Roger Hall Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8.      Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9.      My goodwill and reputation are irreparably damaged when the Roger Hall Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Roger Hall copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Roger Hall Works and derivative works.

3

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Roger Hall Works are meant to be exclusive rights.

11. The marketing and distribution of the Roger Hall Works and derivative works are aimed at growing and sustaining sales. When infringers use the Roger Hall Works without authorization, the exclusivity associated with the Roger Hall Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12. Uncontrolled profiteering and pirating of the Roger Hall Works create the impression that the copyright rights associated with the Roger Hall Works may be infringed with impunity. The Roger Hall Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Roger Hall Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Roger Hall Works cannot be compensated for financially since it erodes my ability to monetize the Roger Hall Works.

13. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2026.

_Roger Hall_
_____
Roger Hall