# EXHIBIT A

**EXHIBIT A — Per-Defendant Address Investigation**

*Roger Hall v. Schedule A, 1:25-cv-12956  — to the Declaration of Yanling Jiang*

## No. 1 — LoveTPH diy CHB.

Stated address: Room 904, Floor 2, Building 5, Area B, Xiushui Huating, No. 365 Zhenhai North Street, Gongchen Street, Licheng District, 351100, Fujian Province, Putian City, China.
The seller has changed their name from "LoveTPH diy CHB" to "IronPcArt". The exact address cannot be located.
Result: The address contains residential_building: 秀水华庭 is a residential complex.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 2 — Luminous Designs Art.

Stated address: Room 655, 6th Floor, No. 11, Xiangyang Science and Technology City, No. 37, Zhuhai Avenue, Xiangyang High-tech Development Zone, Hubei Province (Residence declaration), other districts, 441000, hubei province, Xiangyang City, China.
The exact address cannot be located.
Result: The address contains residence_declaration_in_address. The address contains shared_workspace: tech park with multiple companies.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



### No. 3 — hui Decorative Painting four.

Stated address: Room 206, Building 3, Olympic Garden, Haiken Street, longhua District. Haikou City, Hainan Province, Longhua District, 570145, Hainan, Haikou, China.
The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.
Result: The address contains residential_building: 奥林匹克花园 is a residential complex.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



8

*Amap (高德地图)*



*Baidu (百度)*



## No. 4 — songjingxiaopu.

Stated address: Room 602, 6th Floor, Kairu Commercial Building, 2C Argyle Street, Mongkok, Kowloon, Hong Kong, Yau Tsim Mong District, 999077, Hong Kong Special Administrative Region, Kowloon, China.
The exact address cannot be located.

Result: The stated address contains no Chinese characters and could not be verified on Baidu Maps or Amap.

**Screenshots (in order):**

*Google*



*Google Maps*



10

*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 5 — CloudyBlanket.**

Stated address: Room 4595, 4th Floor, Building 0, Xintianxia Industrial City, Vanke City Community, Bantian Street, Longgang District, Shenzhen, Longgang District, 518172, Guangdong Province, Shenzhen, Ch.
The exact address cannot be located.
Result: The address contains building_zero_in_address. The address contains shared_workspace: industrial park with multiple companies.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 6 — jhaoshop.

Stated address: Shop 1 S5S, Area A. Mengxin Maker Space, No. 2, Qiangsheng Road, Lebaidao Sub-district Office, Kaiyuan City, Honghe Hani and Yi Autonomous Prefecture, Yunnan Province, Kaiyuan City, 661600, Yunnan Province, Honghe Hani and Yi Autonomous Prefecture China.

The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.

Result: The address contains shared_workspace: Mengxin Maker Space explicitly named in address.

**Screenshots (in order):**

*Google*



*Google Maps*



16

*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 7 — Aluminum Sign GS.**

Stated address: No. 3322, south side of the second floor, 300 meters south of the intersection of Xinzhong Street and Huiyuan Road, Xinzhou Street, Aohan Banner People's Government, Chifeng City, Inner Mongolia Autonomous Region, Aohan Banner, 24300, Inner Mongolia Autonomous Region, Chifeng City, China.
The exact address cannot be located.
Result:

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 8 — SteelArtPalette.**

Stated address: RM A07, 1701-02 NEW TREND CENTR 704 PRINCE EDWARD RD EAST, SAN PO KONG, Wong Tai Sin District, 999077, Hong Kong Special Administrative Region, Kowloon, China.

The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.

Result: The stated address contains no Chinese characters and could not be verified on Baidu Maps or Amap. The address contains shared_workstation: Dozens of companies at exact same address RM A07, 1701-02 NEW TREND CENTRE. The address contains virtual_office_address.

**Screenshots (in order):**

21

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 9 — PiFly Shop.

Stated address: Room 303, Unit 3, Building 22, Xiawang 3rd District, Jiangdong Subdistrict, Yiwu City, 322000, Zhejiang Province, Jinhua City, China.
The exact address cannot be located.
Result: The address contains residential_area: Xiawang 3rd District is a residential area.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 10 — Tian mall.

Stated address: FLAT 03, 15/F CARNIVAL COMM BLDG 18 JAVA RD NORTH POINT HK, other districts, 999077, Hong Kong Special Administrative Region, Hong Kong Island, China. The exact address cannot be located.

Result: The stated address contains no Chinese characters and could not be verified on Baidu Maps or Amap. The address contains shared_workspace: Multiple companies at CARNIVAL COMM BLDG 18 JAVA RD.

**Screenshots (in order):**

*Google*



*Google Maps*



27

*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 12 — StyleCrafted Shop.

Stated address: RM A07, 1701-02 NEW TREND CENTRE, 704 PRINCE EDWARD RD EAST, SAN PO KONG HONG KONG, Wong Tai Sin District, 999077, Hong Kong Special Administrative Region, Kowloon China.

The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.

Result: The stated address contains no Chinese characters and could not be verified on Baidu Maps or Amap. The address contains shared_workstation: EXACT SAME ADDRESS as Defendant 8 (RM A07, 1701-02 NEW TREND CENTRE). The address contains virtual_office_address. The address contains rotating_suffix: 'Shop' suffix pattern.

**Screenshots (in order):**

*Google*



29

*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 13 — Style Life Selection.

Stated address: Business location: No. 185, Xizheng, Beida Village, Xitianwei Town, Licheng District, Putian City, Fujian Province, Licheng District, 351100, Fujian Province, Putian City, China.

The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.

Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains Rural village address (Beida Village). The address contains Area known for unauthorized address usage for company registrations.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



33

*Baidu (百度)*



## No. 14 — Poster Customization Fir.

Stated address: Room 2204, Building 8, No. 666, Yutian Street, Li'nan Town, Xianyou County, 351200, Fujian Province, Putian City China.

The exact address cannot be located.

Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



34

*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 15 — YANGDEDE.

Stated address: Room 1005, 2nd floor, Building 10, Santan Community, No. 1833 Xiadian Road, Gongchen Subdistrict, Licheng District, 351100, Fujian Province, Putian City China.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 深圳市宏盛未来技术有限公司 (USCC: 914403003497070091, 法人: 何俊生, status: 存续). The platform-disclosed Business Name does

not match the registered entity name, and no independent source links the pleaded alias to the registered entity. The address contains Search results prominently mention 集群地址 (cluster registration). The address contains Search results mention 工位注册地址 (workstation registration address). The address contains Search results mention 虚拟地址 (virtual address). The address contains Search results mention 商务秘书地址 (business secretary address).

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 16 — FWTIYLNI.

Stated address: Room 1601-11352, Building 23, Area G, Phase II, Blue Harbor, No. 759, Huigong Road, Erdao District, Changchun City, Erdao District, 130031, Jilin Province, Changchun City China.

The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.

Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains Unusual room number format: 1601-11352 (suggests virtual office/suite numbering). The address contains Web search returned real estate listings for different city (Shanghai vs Changchun).

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 17 — Tins shop.

Stated address: Room 302, Unit 3, Building 22, Xiawang 3rd District, Jiangdong Subdistrict, Yiwu City, 322000, Zhejiang Province, Jinhua City China.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 厦门市达亿成新零售有限公司 (USCC: 91350200MA33TPB015, 法人: 林吉荣, status: 存续). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity. The address contains ImportYeti shows another company at nearly identical address (Room 302, Unit 3, Building 22). The address contains Multiple trading companies appear to use Building 22 addresses in this Yiwu area.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 18 — murui mall.

Stated address: No. 158, Lucuo, Dongzhuang Village, Dongzhuang Town, Xiuyu District, Putian City, Fujian Province, Xiuyu District, 351152, Fujian Province, Putian City, China.
The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains Dongzhuang Town is the infamous 'Putian medical village' — region widely reported as source of network marketing and shell companies. The address contains Area known for mass enterprise registrations with 10,000+ medical industry companies and 305 billion yuan annual turnover.

**Screenshots (in order):**

44

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 19 — Hanging S.

Stated address: Room 301, Unit 3, Building 22, Xiawang District, Jiangdong Subdistrict (self-declaration), Yiwu City, 322000, Zhejiang Province, Jinhua City China.
The exact address cannot be located.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains Address nearly identical to defendant 17 (same Building 22, Xiawang District). The address contains Address includes '(self-declaration)' suggesting self-reported/unverified. The address contains Multiple trading companies found at similar addresses in this Yiwu area.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 20 — DIYwear.

Stated address: B10, RM 2703 NEW TREND CENTRE, 704 PRINCE EDWARD RD EAST, SAN PO KONG HONG KONG, Wong Tai Sin District, 999077, Hong Kong Special Administrative Region, Kowloon China.

The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.

Result: The stated address contains no Chinese characters and could not be verified on Baidu Maps or Amap. Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains Hong Kong address — outside mainland China PRC jurisdiction. The address contains EXACT same address shared with another company (香港普利達貿易有限公司). The address contains Shared office address in

commercial building (NEW TREND CENTRE). The address contains Defendant 21 uses identical address.

**Screenshots (in order):**

*Google*



*Google Maps*



50

*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 22 — Warm little station.

Stated address: Business location: Room 701, 1st floor, Building 10, Hanting Garden Community, Area A, No. 298 Hanting Road, Zhenhai Street, Licheng District, Putian City, Fujian Province, Licheng District, 351100, Fujian Province, Putian City China.
The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains Address in 花园社区 (Garden Community) — residential complex name. The address contains Floor inconsistency: '1st floor' but room number is 701 (typically 7th floor). The address contains Putian City area.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 23 — Department home shop.

Stated address: No. 5, Building 31, Futian District 3, Yiwu City, 322000, Zhejiang Province, Jinhua City, China.
The exact address cannot be located.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant. The address contains Another company (Licheng GFV Hardware Firm) registered at same Building 31, Futian 3 Qu, different unit. The address contains Multiple trading companies found in Futian District 3, Yiwu area.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



56

*Amap (高德地图)*



*Baidu (百度)*



**No. 24 — romanrole local.**

Stated address: No. 203, Guimen, Xizhu Village, Gongchen Street, Licheng District, Putian City, Fujian Province, Licheng District, 351100, Fujian Province, Putian City, China.
The exact address cannot be located.
Result: The address contains Rural village address (Xizhu Village, Guimen).

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



59

*Baidu (百度)*



## No. 25 — VelvetHug Home.

Stated address: Room 4006, 4th Floor, Building 01, Xintianxia Industrial City, Vanke City Community, Bantian Street, Longgang District, Shenzhen, Longgang District, 518172, Guangdong Province, Shenzhen, China.
The exact address cannot be located.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 26 — Cozy Haven Blankets.

Stated address: Room D07, 8/F, Phase 2, Kai Tak Factory Building, 99 King Fook Street, San Po Kong, Hong Kong, Wong Tai Sin District, 999077, Hong Kong Special Administrative Region, Kowloon, Chi.

The exact address cannot be located.

Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 27 — richpluss.

Stated address: Room 4595, 4th Floor, Building 01, Xintianxia Industrial City, Vanke City Community, Bantian Subdistrict, Longgang District, 518172, Guangdong Province, Shenzhen, China.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 裕泰盛國際有限公司 (USCC: , 法人: DIREN LIN, status: 仍注册). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 28 — hui decorative painting five.**

Stated address: Room 206, Building 3, Olympic Garden, Haiken Street, longhua District. Haikou City, Hainan Province, longhua District, 570145, Hainan, Haikou, China.
The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.

Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



69

*Baidu (百度)*



## No. 29 — A Natalie.

Stated address: No. 139, Beipai, Nanlin Village, Guohuan Town, Hanjiang District, 351111, Fujian Province, Putian City, China.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 佛山市娜塔丽陶瓷有限公司 (USCC: 91440604588330771K, 法人: 林敏, status: 存续). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 30 — Hongyun Clothing Co Ltd.

Stated address: Floor 1, Unit 5, Building 33, District 1, Jingtouxu Village, Chengxi Street, Yiwu City, Zhejiang Province (self-declaration), Yiwu City, 322000, Zhejiang Province, Jinhua City, China.
The exact address cannot be located.

72

Result: Tianyancha returned a registered entity 宜都市乔伊红云服饰有限公司 (USCC: 91420581MACT395WXN, 法人: 凌佳鹏, status: 存续). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 31 — Zhuqiaoqiao.**

Stated address: Room 301, Unit 2, Building 9, Xinglong 2nd District, Futian Street, Yiwu City, Jinhua City, Zhejiang Province (self-declaration), Yiwu City, 322000, Zhejiang Province, Jinhua City, China.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 湖北东开建设项目管理有限公司 (USCC: 91420300MA48A8QU9X, 法人: 梅雪峰, status: 存续). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 32 — Beacon Cloud A.

Stated address: Room 302, No. 12, Row 7, Tanglinan New District, Xiaoshun Town, Jinhua City, Zhejiang Province (self-declaration, Jindong District, 321000, Zhejiang Province, Jinhua City, China.

The exact address cannot be located.

Result: Tianyancha returned a registered entity 信标云（北京）科技有限公司 (USCC: 91110114MAG16B5793, 法人: 岳开艺, status: 存续). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



80

*Baidu (百度)*



## No. 33 — Dinora local.

Stated address: Plant 401, No. 01, Xintianxia Industrial City, Vanke City Community, Bantian Street, Longgang District, Shenzhen (Room 4060), Longgang District, 518172, Guangdong Province, Shenzhen City, China.
The exact address cannot be located.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



82

*Amap (高德地图)*



*Baidu (百度)*



**No. 34 — CustomCozy local.**

Stated address: No. 7, Building 41, District 7, Commercial City, Jinhua Street, Gaoyang County, Baoding City, Hebei Province, Gaoyang County, 71500, Hebei Province, Baoding City, China. The exact address cannot be located.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

83

**Screenshots (in order):**

*Google*



*Google Maps*



84

*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 35 — Metinns.

Stated address: 3rd Floor, No. 1, Central Road, Limengzhai Village, Dachen Town, Yiwu City, Jinhua City, Zhejiang Province, Yiwu City, 322000, Zhejiang Province, Jinhua City, China.
The exact address cannot be located.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

### Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 36 — Blanketopias.**

Stated address: Plaintiff researched the Seller store front and the Seller Information is not available.

Plaintiff researched the Seller store front and the Seller Information is not available.

Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

*Screenshots: None — the seller information page is not available and no searchable address exists, so no map or web capture was possible for this defendant.*

88

**No. 37 — Beacon Cloud B.**

Stated address: Room 302, No. 12, Row 7, Tanglinan New District, Xiaoshun Town, Jinhua City, Zhejiang Province (self-declaration, Jindong District, 321000, Zhejiang Province, Jinhua City, China.
The exact address cannot be located.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



90

*Baidu (百度)*



## No. 38 — HolidayHug Blanket.

Stated address: Flat 2401-16 wing-shaped fan No. 26, Yongfeng Street, Xinpu, Wong Tai Sin District, 999077, Hong Kong Special Administrative Region, Kowloon, China.
The exact address cannot be located.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

### Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 39 — xunlix.**

Stated address: Room 4006, Building 1, Shenzhou Chengyun Building, Bantian Subdistrict, Longgang District, 518172, Guangdong Province, Shenzhen, China.
The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.
Result: Tianyancha returned a registered entity 通彩智能科技集团有限公司 (USCC: 913101127390494354, 法人: 徐磊, status: 存续). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



95

*Baidu (百度)*



## No. 40 — Warm Blooms.

Stated address: Not Found.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 弥勒县温情绽放卡拉厅 (USCC: , 法人: 罗娇娇, status: 存续). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity.
*Screenshots: None — the seller information page is not available and no searchable address exists, so no map or web capture was possible for this defendant.*

## No. 41 — Colorful Clothing Co.

Stated address: Room 202, Building 1, No. 528, Gongjian North Street, Beigao Town, Licheng District, Putian City, Fujian Province, Licheng District, 351100, Fujian Province, Putian City, China.
The exact address cannot be located.
Result: Tianyancha returned a registered entity 阜阳多彩服饰有限公司 (USCC: 913412005649807613, 法人: 张鼎, status: 存续). The platform-disclosed Business Name does not match the registered entity name, and no independent source links the pleaded alias to the registered entity.
**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 42 — The Blanket Haven.

Stated address: Room 4006-1, Xintianxia Chengyun Building, Bantian Subdistrict, Longgang District, 518172, Guangdong Province, Shenzhen, China.
The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



99

*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 43 — Wildlife Wonders.

Stated address: Room D07, Po 8/F, Kong, Phase 2, Kai Kong Tak Factory Building, 99 King Fook street, San Po kong, Hongkong, Wong Tai Sin District 999077, Hong Kong Special Administrative Region, Kowloon.
The exact address cannot be located.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

101

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



103

*Baidu (百度)*



## No. 44 — Keep Warm Yourself.

Stated address: FLAT 2401-16 WING SHING IND BLDG 26 NG FONG ST SAN PO KONG, Wong Tai Sin District, 999077, Hong Kong Special Administrative Region, Kowloon, China. The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.
Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 45 — Nap Blanket.

Stated address: ROOM 1009 10/F FRONT BLOCK MING SANG INDUSTRIAL BUILDING 19 HING YIP STREET KWUN TONG KL, Kwun Tong District, 999077, Hong Kong Special Administrative Region, Kowloon, China.

The address has been located but it does not correspond to valid business or mailing addresses for the Defendant.

Result: Baidu web search of the stated address did not verify the location as a business premises connected to this defendant.

**Screenshots (in order):**