**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Roger Hall

Plaintiff,

v.

Case No.: 1:25−cv−12956
Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 8, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion for entry of default and default judgment [51] is denied without prejudice. Plaintiff is directed to review the court's Standing Order on Procedures in "Schedule A" Litigation and the court's opinion, Santana Tesoro, LLC v. The Partnerships Identified on Schedule A, No. 26 C 1395, 2026 WL 2546903 (N.D. Ill. Aug. 28, 2026), before refiling a motion for default judgment. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.